UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA J. MAEHLER,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5384 RSM

**ORDER AMENDING SCHEDULING ORDER**

Based on Defendant's Motion to Further Amend the Scheduling Order, and without opposition from Plaintiff's Counsel, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 10, 2023, to file Defendant's responsive brief; and
- Plaintiff shall have up to and including November 24, 2023, to file the optional reply brief.

DATED this 27th day of October, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1