UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA J. MAEHLER,

            Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

Case No. C23-5384 RSM

**ORDER AMENDING SCHEDULING ORDER**

Based on Plaintiff's Motion to Amend the Scheduling Order, and without opposition from Defendant's Counsel, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including December 8, 2023, to file the optional reply brief.

DATED this 21st day of November, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1