UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA J. MAEHLER, | ) |
|     Plaintiff, | ) CIVIL NO. 3:23-cv-05384-RSM |
|     vs. | ) ORDER FOR FEES UNDER THE <br> ) EQUAL ACCESS TO JUSTICE ACT, 28 <br> ) U.S.C. § 2412(d) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
|     Defendant | ) |

Having considered Plaintiff's unopposed Motion for EAJA fees, Dkt. #24, it is hereby ORDERED that fees in the amount of $8,442.07 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney and paralegal fees in the amount of $8,442.07 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, H. Peter Evans: 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 20th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 1